U.S. Department of Justice
United States Attorney

**United States District Court**
Western District of Texas
Waco Division

FILED
SEP 09 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
VS. ) CRIMINAL NO.
)
VICKI KAY LEVY (26) ) **W14CR189**

ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Recommended Amount of Bail |
|---|---|
| VICKI KAY LEVY | NO BOND |

ENTERED at Waco, Texas, this 9th day of September, 2014.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE