# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  W:14-CR-189(26) |
| VICKI KAY LEVY  (26) | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    VICKI KAY LEVY  (26)

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21:846 {21 U.S.C. 841(a)(1) & 841 (b)(1)(A); 21 U.S.C. 841(a)(1) & 841 (b)(1)(B); 21 U.S.C. 841(a)(1) & 841(b)(1)(C)} - Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance

Date:    09/09/2014

_____
*Issuing officer's signature*

City and state:    Waco, Texas

WILLIAM G. PUTNICKI  Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |