UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION
| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. **W14CR189** |
| Plaintiff, | |
| | INDICTMENT |
| V. | |
| ROBERT EATON (1), aka "Compound Rob" | [VIO: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A); 21 U.S.C. 841(a)(1) & 841(b)(1)(B); 21 U.S.C. 841(a)(1) & 841(b)(1)(C)} – Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing A Detectable Amount of Methamphetamine, a Schedule II Controlled Substance] |
| AMANDA PETRIE (3), | |
| SYLVIA O'NEAL (4), | |
| DAVID AGUILAR (5), | |
| ROBERT MORGAN aka "Hopper" (6), | |
| WAYNE MARTIN HUISINGER (7), | |
| LOREN SWANSON (8), | |
| ERIC GANOS (10), | |
| DERRICK COOPER aka "Red" (11), | |
| KIRT EASTER (13), | |
| COLBY WARREN (14), | |
| NICOLE MARSHALL (15), | |
| CHRISTOPHER BRECKENRIDGE (16), | |
| ROBERT BLAKE DOTY (20), | |
| SONYA WHITENBURG (22), | |
| FARRON RUSSELL (23), | |
| VICKI KAY LEVY (26), | |
| RONNIE KNEPLER (27), | |
| RICKY LEVY (29), | |
| MICHELLE JOHNSON (30) | |
| Defendants. | |

A true copy of the original, I certify.
Clerk, U. S. District Court

By _Suzane Milo_
Deputy

FILED
SEP 09 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

Beginning on or about November 1, 2013, the exact date unknown to the Grand Jury, and continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

ROBERT EATON, aka "Compound Rob,"
AMANDA PETRIE,
SYLVIA O'NEAL,
DAVID AGUILAR,
ROBERT MORGAN, aka "Hopper,",
WAYNE MARTIN HUISINGER,
LOREN SWANSON,
ERIC GANOS,
DERRICK COOPER, aka "Red,"
KIRT EASTER,
COLBY WARREN,
NICOLE MARSHALL,
CHRISTOPHER BRECKENRIDGE,
ROBERT BLAKE DOTY,
SONYA WHITENBURG,
FARRON RUSSELL,
VICKI KAY LEVY,
RONNIE KNEPLER,
RICKY LEVY,
and
MICHELLE JOHNSON,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess with intent to distribute a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

# QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
| --- | --- | --- |
| ROBERT EATON (1) aka "Compound Rob" | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| ██████████████████████ | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| AMANDA PETRIE (3) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| SYLVIA O'NEAL (4) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| DAVID AGUILAR (5) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ROBERT MORGAN (6) aka "Hopper" | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| WAYNE MARTIN HUISINGER (7) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| LOREN SWANSON (8) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| ERIC GANOS (10) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| DERRICK COOPER (11) aka "Red" | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| KIRT EASTER (13) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| COLBY WARREN (14) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| NICOLE MARSHALL (15) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| CHRISTOPHER BRECKENRDIGE (16) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ROBERT BLAKE DOTY (20) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| ██████████████████████ | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| SONYA WHITENBURG (22) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| FARRON RUSSELL (23) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| ██████████████████████ | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| VICKI KAY LEVY (26) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| RONNIE KNEPLER (27) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ██████████████████████ | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| RICKY LEVY (29) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| MICHELLE JOHNSON (30) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:



_____
FOREPERSON


ROBERT PITMAN
United States Attorney

*Stephanie Smith-Burris*
_____
By:  STEPHANIE SMITH-BURRIS
Assistant United States Attorney

*Mark L. Frazier*
_____
By:  MARK L. FRAZIER
Assistant United States Attorney

4