CLERK'S COPY

Case No: 6:14cr189

Filed: 09/12/14
Doc. #120

AO 470 (12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **ORDER OF TEMPORARY DETENTION** |
| | § | **PENDING HEARING PURSUANT TO** |
| vs. | § | **BAIL REFORM ACT** |
| | § | |
| (4) SYLVIA O'NEAL | § | Case Number: |
| (6) ROBERT MORGAN | § | WA:14-CR-00189(4,6,7,8,10,11,13,15,16,20,22, |
| (7) WAYNE MARTIN HUISINGER | § | 23,26,27,30)-WSS |
| (8) LOREN SWANSON | § | |
| (10) ERIC GANOS | § | |
| (11) DERRICK COOPER | § | |
| (13) KIRT EASTER | § | |
| (15) NICOLE MARSHALL | § | |
| (16) CHRISTOPHER BRECKENRIDGE | § | |
| (20) ROBERT BLAKE DOTY | § | |
| (22) SONYA WHITENBURG | § | |
| (23) FARRON RUSSELL | § | |
| (26) VICKI KAY LEVY | § | |
| (27) RONNIE KNEPLER | § | |
| (30) MICHELLE JOHNSON | § | |
| *Defendant* | | |

Upon Motion of the Court, it is ORDERED that a _____X_____ Detention Hearing

_____ Preliminary Hearing _____X_____ Arraignment is set for: _____9/16/14_____

* at ___2:00 P.M.___ before U.S. Magistrate Judge _____JEFFREY C. MANSKE_____
*Name of Judicial Officer*

in the ___U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas.___
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

___9/12/14___
*Date*

_____
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE

* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).