**FILED**

NOV 1 0 2014

CLERK, U.S. DIST~~RICT~~ ~~C~~OURT
WESTERN ~~DISTRICT~~ OF TEXAS
BY _____
DEPUTY CLERK



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. W-14-CR-189 |
| Plaintiff, | |
| V. | SUPERSEDING INDICTMENT |
| ROBERT EATON (1),<br>  aka "Compound Rob" | [VIO: COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A); 21 U.S.C. 841(a)(1) & 841(b)(1)(B); 21 U.S.C. 841(a)(1) & 841(b)(1)(C)} – Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing A Detectable Amount of Methamphetamine, a Schedule II Controlled Substance; COUNT TWO: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; 18 U.S.C. 2 – Aiding and Abetting; COUNT THREE: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon; COUNT FOUR: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT FIVE and COUNT SIX: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon] |
| HENRY DAVID WALKER (2),<br>  aka "Stalker" | |
| AMANDA PETRIE (3), | |
| SYLVIA O'NEAL (4), | |
| DAVID AGUILAR (5), | |
| ROBERT MORGAN aka "Hopper" (6), | |
| WAYNE MARTIN HUISINGER (7), | |
| LOREN SWANSON (8), | |
| OSCAR WALKER, aka "Country" (9), | |
| ERIC GANOS (10), | |
| DERRICK COOPER aka "Red" (11), | |
| THOMAS CLIFTON (12), | |
| KIRT EASTER (13), | |
| COLBY WARREN (14), | |
| NICOLE MARSHALL (15), | |
| CHRISTOPHER BRECKENRIDGE (16), | |
| JOHN MCLAUGHLIN (17), | |
| JOSHUA WILKINS, aka "Cheeks" (18), | |
| LUCAS WEST (19), | |
| ROBERT BLAKE DOTY (20), | |
| JAMES MALADY (21), | |
| SONYA WHITENBURG (22), | |
| FARRON RUSSELL (23), | |
| WILLIAM HUBERT BRACKETT (24),<br>  aka "Billy" | |
| LARRY WAYNE JEREMIAH (25), | |
| VICKI KAY LEVY (26), | |
| RONNIE KNEPLER (27), | |
| JERAMIAH JONES (28), | |
| RICKY LEVY (29), | |
| MICHELLE JOHNSON (30), | |
| ROBERT HELMS (31), | |
| RONNIE JOHNSON (32), | |
| CHRIS VOERHIS, aka "Lurch" (33), | |
| JOSE RODRIGUEZ (34), | |
| Defendants. | |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A);**
**21 U.S.C. 841(a)(1) & 841(b)(1)(B); 21 U.S.C. 841(a)(1) & 841(b)(1)(C)}]**

Beginning on or about November 1, 2013, the exact date unknown to the Grand Jury, and

continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

**ROBERT EATON**, aka "Compound Rob,"
**HENRY DAVID WALKER**,  aka "Stalker,"
**AMANDA PETRIE,**
**SYLVIA O'NEAL,**
**DAVID AGUILAR,**
**ROBERT MORGAN**, aka "Hopper,"
**WAYNE MARTIN HUISINGER,**
**LOREN SWANSON,**
**OSCAR WALKER**, aka "Country,"
**ERIC GANOS,**
**DERRICK COOPER**, aka "Red,"
**THOMAS CLIFTON,**
**KIRT EASTER,**
**COLBY WARREN,**
**NICOLE MARSHALL,**
**CHRISTOPHER BRECKENRIDGE,**
**JOHN MCLAUGHLIN,**
**JOSHUA WILKINS**, aka "Cheeks,"
**LUCAS WEST,**
**ROBERT BLAKE DOTY,**
**JAMES MALADY,**
**SONYA WHITENBURG,**
**FARRON RUSSELL,**
**WILLIAM HUBERT BRACKETT**, aka "Billy,"
**LARRY WAYNE JEREMIAH,**
**VICKI KAY LEVY,**
**RONNIE KNEPLER,**
**JERAMIAH JONES,**
**RICKY LEVY,**
**MICHELLE JOHNSON,**
**ROBERT HELMS,**
**RONNIE JOHNSON,**
**CHRIS VOERHIS**, aka "Lurch,"
and
**JOSE RODRIGUEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together,

and with each other, and with others to the Grand Jury known and unknown, to commit offenses

against the United States, in violation of Title 21, United States Code, Section 846, that is to say,

they conspired to possess with intent to distribute a mixture or substance containing a detectable

2

amount of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1).

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
| --- | --- | --- |
| ROBERT EATON (1) aka "Compound Rob" | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| HENRY DAVID WALKER (2) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| AMANDA PETRIE (3) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| SYLVIA O'NEAL (4) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| DAVID AGUILAR (5) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ROBERT MORGAN (6) aka "Hopper" | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| WAYNE MARTIN HUISINGER (7) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| LOREN SWANSON (8) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| OSCAR WALKER (9) aka "Country" | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| ERIC GANOS (10) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| DERRICK COOPER (11) aka "Red" | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| THOMAS CLIFTON (12) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| KIRT EASTER (13) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| COLBY WARREN (14) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| NICOLE MARSHALL (15) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| CHRISTOPHER BRECKENRDIGE (16) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| JOHN McLAUGHLIN (17) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| JOSHUA WILKINS (18) aka "Cheeks" | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| LUCAS WEST (19) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ROBERT BLAKE DOTY (20) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| JAMES MALADY (21) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| SONYA WHITENBURG (22) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| FARRON RUSSELL (23) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| WILLIAM HUBERT BRACKETT (24) aka "Billy" | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| LARRY WAYNE JEREMIAH (25) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| VICKI KAY LEVY (26) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |

| RONNIE KNEPLER (27) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
|---|---|---|
| JERAMIAH JONES (28) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| RICKY LEVY (29) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| MICHELLE JOHNSON (30) | Less than 50 grams | 21 U.S.C. § 841(b)(1)(C) |
| ROBERT HELMS (31) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| RONNIE JOHNSON (32) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |
| CHRIS VOERHIS, aka "Lurch" (33) | 50 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| JOSE RODRIGUEZ (34) | 500 grams or more | 21 U.S.C. § 841(b)(1)(A) |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [18 U.S.C. 924(c)(1)(A)(i) and 2]

On or about September 11, 2014, in the Western District of Texas, Defendants,

**ROBERT EATON**
"aka Compound Rob,"
and
**AMANDA PETRIE,**

aided and abetted by each other, did knowingly possess at least one of the following firearms,

to-wit:

A Springfield, Model 120A, .22 caliber rifle, bearing Serial Number P065780;
A New Nitro single shot shotgun, bearing Serial Number 378;
An HW 38, .38 caliber revolver, bearing Serial Number 507998;

in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United

States, to-wit: *Conspiracy to Possess With Intent to Distribute a Mixture and Substance*

*Containing A Detectable Amount of Methamphetamine, a Schedule II Controlled Substance,*

contrary to Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United

States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT THREE
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about September 11, 2014, in the Western District of Texas, Defendant,

**ROBERT EATON**
aka "Compound Rob,"

4

being a person who had been convicted of the following crime, punishable by imprisonment for a term exceeding one year, to-wit:

> On August 4, 2006, ROBERT EATON was convicted of *Attempt to Manufacture Methamphetamine, a Schedule II Controlled Substance* in the United States District Court for the Western District of Texas, Waco Division, in Cause Number W-06-CR-025;

did unlawfully and knowingly possess at least one of the following firearms, to-wit:

> A Springfield, Model 120A, .22 caliber rifle, bearing Serial Number P065780;
> A New Nitro single shot shotgun, bearing Serial Number 378;
> An HW 38, .38 caliber revolver, bearing Serial Number 507998;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR
### [18 U.S.C. 924(c)(1)(A)(i)]

On or about July 24, 2014, in the Western District of Texas, Defendant,

### HENRY DAVID WALKER,
aka "Stalker,"

did knowingly possess at least one of the following firearms, to-wit:

> A Harrington and Richardson Arms Company, Model 32, .32 caliber firearm, bearing Serial Number 052970;
> A Marlin, Model 60, .22 caliber rifle, bearing Serial Number Z323657, with BSA scope;
> A Braztech L.C.A. Rossi, Model S20, 20 gauge shotgun, bearing Serial Number 96418419;
> A Savage Arms Inc., Stevens Model, .22 caliber rifle, bearing Serial Number 0570929;
> A Remington Express 870, 20 gauge shotgun, bearing Serial Number D519247U
> A Smith & Wesson, .38 Special revolver, bearing Serial Number K666704;
> An Arms Co., .22 caliber revolver, bearing Serial Number 043016;
> A Star B. Echeverria Eibar-Espana SA, 9mm semi-automatic firearm, bearing Serial Number 287124

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: *Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing A Detectable Amount of Methamphetamine, a Schedule II Controlled Substance,*

contrary to Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

### COUNT FIVE
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about July 24, 2014, in the Western District of Texas, Defendant,

### HENRY DAVID WALKER,
aka "Stalker,"

being a person who had been convicted of the following crime, punishable by imprisonment for a

term exceeding one year, to-wit:

> On March 28, 2002, HENRY DAVID WALKER was convicted of Conspiracy to Distribute Methamphetamine, a Schedule II Controlled Substance in the United States District Court for the Western District of Texas, Waco Division, in Cause Number W-00-CR-040;

did unlawfully and knowingly possess at least one of the following firearms, to-wit:

> A Harrington and Richardson Arms Company, Model 32, .32 caliber firearm, bearing Serial Number 052970;
> A Marlin, Model 60, .22 caliber rifle, bearing Serial Number Z323657, with BSA scope;
> A Braztech L.C.A. Rossi, Model S20, 20 gauge shotgun, bearing Serial Number 96418419;
> A Savage Arms Inc., Stevens Model, .22 caliber rifle, bearing Serial Number 0570929;
> A Remington Express 870, 20 gauge shotgun, bearing Serial Number D519247U
> A Smith & Wesson, .38 Special revolver, bearing Serial Number K666704;
> An Arms Co., .22 caliber revolver, bearing Serial Number 043016;
> A Star B. Echeverria Eibar-Espana SA, 9mm semi-automatic firearm, bearing Serial Number 287124

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT SIX
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about July 16, 2014, in the Western District of Texas, Defendant,

### ROBERT MORGAN,
aka "Hopper,"

being a person who had been convicted of at least one of the following crimes, punishable by imprisonment for a term exceeding one year, to-wit:

On January 6, 2003, ROBERT EDWARD MORGAN was convicted of *Possession of Methamphetamine 4-200 Grams* in the 27th Judicial District Court of Bell County, Texas, in Cause Number 52143;

On January 10, 2003, ROBERT EDWARD MORGAN was convicted of *Possession of Methamphetamine Over One Gram Under Four Grams* in the 264th Judicial District Court of Bell County, Texas, in Cause Number 48074;

did unlawfully and knowingly possess at least one of the following firearms, to-wit:

A Ruger 22, Model 1022, rifle bearing serial number 12285716;
A Winchester, Model 37A, 12 gauge shotgun, bearing serial number C789506;
A Farms Brescia Italian, Model H180, 12 gauge shotgun, bearing serial number 72606;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE

### I.  Controlled Substance Violations and Forfeiture Statutes
### [21 U.S.C. §§ 841, 846 subject to forfeiture pursuant to 21 U.S.C. § 853(a)]

As a result of the foregoing criminal violations as set forth in Count One, the United States

of America gives notice to Defendants Robert Eaton (1), Henry David Walker (2), Robert Morgan

(6), Wayne Martin Huisinger (7), Eric Ganos (10), Amanda Petrie (3), and Robert Helms (31) of

its intent to seek the forfeiture of the below-described properties upon conviction and pursuant to

FED. R. CRIM. P. 32.2 and 21 U.S.C. §§ 853(a), which states in pertinent part:

> **21 U.S.C. § 853.  Criminal forfeitures**
> **(a) Property subject to criminal forfeiture**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter
> punishable by imprisonment for more than one year shall forfeit to the United States,
> irrespective of any provision of State law –
>> (1) any property constituting, or derived from, any proceeds the person obtained,
>> directly or indirectly, as the result of such violation;
>> (2) any of the person's property used, or intended to be used, in any manner or part,
>> to commit, or to facilitate the commission of, such violation…

This Notice of Demand for Forfeiture includes, but is not limited to, the properties

described in Paragraph III, below.

### II.  Firearms Violations and Forfeiture Statutes
### [18 U.S.C. §§ 922(g)(1) and 924 (a)(2), (c)(1)(A)(i) subject to forfeiture pursuant to
### 18 U.S.C. § 924(d)(1), made applicable by 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violations as set forth in Count Two through Six, the

United States of America gives notice to Defendants Robert Eaton (1), Henry David Walker (2),

Robert Morgan (6), Wayne Martin Huisinger (7), Eric Ganos (10), Amanda Petrie (3), and Robert

Helms (31) of its intent to seek the forfeiture of the below-described properties upon conviction

and pursuant to 18 U.S.C. § 924(d)(1), made applicable by 28 U.S.C. § 2461(c), which states in

pertinent part:

**18 U.S.C. § 924. Penalties**

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection ...(g) ... of section 922, ... or knowing violation of section 924, ... shall be subject to seizure and forfeiture...

This Notice of Demand for Forfeiture includes, but is not limited to, the properties described in Paragraph III, below.

### III.  Personal Properties

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

(a) $3,363.00, more or less, in United States currency;

(b) $5,000.00, more or less, in United States currency;

(c) $825.00, more or less, in United States currency;

(d) $548.00, more or less, in United States currency;

(e) Harrington and Richardson Arms Company, Model 32, .32 caliber firearm, bearing Serial Number 052970;

(f) Marlin Model 60, .22 caliber rifle, bearing Serial Number 96418419 and BSA scope;

(g) Braztech L.C.A. Rossi, Model S20, 20 gauge shotgun, bearing Serial Number SP223483;

(h) Savage Arms Inc., Stevens Model, .22 caliber rifle, bearing Serial Number 0570929;

(i) Remington Express 870, 20 gauge shotgun, bearing Serial Number D519247U;

(j) Smith & Wesson, .38 Special revolver, bearing Serial Number K666704;

(k) Arms Co., .22 caliber revolver, bearing Serial Number 043016;

(l) Star B, Echeverria Eibar-Espanai SA, 9mm semi-automatic, bearing Serial Number 287124;

(m) Smith & Wesson, .38 caliber revolver, bearing Serial Number 578182;

(n) Springfield, Model 120A, .22 caliber rifle, bearing Serial Number P065780;

(o) New Nitro single shot shotgun, bearing Serial Number 378;

(p) HW 38, .38 caliber revolver, bearing Serial Number 507998;

(q) A Ruger 22, Model 1022, rifle bearing serial number 12285716;

(r) A Winchester, Model 37A, 12 gauge shotgun, bearing serial number C789506; and

(s) A Farms Brescia Italian, Model H180, 12 gauge shotgun, bearing serial number 72606.

A TRUE BILL: SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

9

ROBERT PITMAN
United States Attorney


By:    STEPHANIE SMITH-BURRIS
       Assistant United States Attorney


By:    MARK L. FRAZIER
       Assistant United States Attorney

SEALED _____
UNSEALED __X__

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

DATE: __11-10-2014__    MAG CT. #_____    CASE NO. __W-14-CR-189_____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT: __ROBERT EATON aka "Compound Rob" (1)__    DOB: ▉▉▉▉▉▉▉

CITIZENSHIP:    United States __X__    Mexican _____    Other _____

INTERPRETER NEEDED: Yes _____    No __X__    Language _____

DEFENSE ATTORNEY: _____ Brian Ray Pollard _____

DEFENDANT IS:   In Jail ___YES_____    WHERE: ___McLennan County Jail_____

             On Bond _____

PROSECUTION BY:    INFORMATION _____    INDICTMENT _____

            SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] – Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance; COUNT TWO: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; 18 U.S.C. 2 – Aiding and Abetting; COUNT THREE: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon

OFFENSE IS:    FELONY _____X_____    MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT TWO: Not less than 5 years **MANDATORY to run consecutively to any sentence received in any other count**; $250,000 fine; $100 special assessment; not more than 3 years TSR; COUNT THREE: Not more than 10 years custody; $250,000 fine; $100 special assessment; not more than 3 years TSR

PENALTY IS MANDATORY:    YES concerning:

                              Special Assessment and TSR

                              Mandatory Minimum

REMARKS: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

SEALED _____
UNSEALED __X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014__     MAG CT. #_____     CASE NO. __W-14-CR-189_____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___HENRY DAVID WALKER aka "Stalker" (2)     DOB: ___█████████___

CITIZENSHIP:     United States __X_____     Mexican _____     Other _____

INTERPRETER NEEDED:     Yes _____     No __X___     Language _____

DEFENSE ATTORNEY: _____ Darren Obenoskey_____

DEFENDANT IS:     In Jail ____YES_____     WHERE: _____McLennan County Jail_____

On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Def 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] – Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance; COUNT FOUR: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT FIVE: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT FOUR: Not less than 5 years **MANDATORY to run consecutively to any sentence received in any other count;** $250,000 fine; $100 special assessment; not more than 3 years TSR; COUNT FIVE: Not more than 10 years custody; $250,000 fine; $100 special assessment; not more than 3 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ███████████

SEALED _____
UNSEALED__X_____

# PERSONAL DATA SHEET
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

DATE: __11-10-2014___        MAG CT. #_____        CASE NO. __W-14-CR-189_____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___AMANDA PETRIE (3)_____        DOB: ___█████████

CITIZENSHIP:        United States __X_____   Mexican _____   Other _____

INTERPRETER NEEDED:   Yes _____   No __X____   Language _____

DEFENSE ATTORNEY: _____Russell David Hunt, Jr._____

DEFENDANT IS:   In Jail ____YES_____   WHERE: _____McLennan County Jail_____

On Bond _____

PROSECUTION BY:        INFORMATION _____        INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] – Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance; COUNT TWO: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; 18 U.S.C. 2 – Aiding and Abetting_____

OFFENSE IS:        FELONY _____X_____        MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT TWO: Not less than 5 years **MANDATORY to run consecutively to any sentence received in any other count**; $250,000 fine; $100 special assessment; not more than 3 years TSR_____

PENALTY IS MANDATORY:        YES concerning:
                              Special Assessment and TSR
                              Mandatory Minimum

REMARKS: ◀█████████████████████████

SEALED _____
UNSEALED   X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:   11-10-2014___     MAG CT. #_____     CASE NO.   W-14-CR-189_____
COUNTY:   BELL and elsewhere_

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT:   SYLVIA O'NEAL (4)_____     DOB: ▮▮▮▮▮▮▮

CITIZENSHIP:          United States __X____   Mexican _____     Other _____
INTERPRETER NEEDED:   Yes _____      No __X___     Language _____

DEFENSE ATTORNEY:   _____Vikram Deivanayagam_____

DEFENDANT IS:   In Jail ___YES_____     WHERE:   McLennan County Jail_____
                On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                    SUPEREDING INDICTMENT   X_   (Adding Defs 31-34; Cts 2-6)

OFFENSE: (Code & Description):   COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute and to Distribute at Least 50 Grams of a Mixture and Substance
Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE:   COUNT ONE:  Not less than 5 years nor more than 40 years custody;
$5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SEALED _____
UNSEALED __X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014___     MAG CT. #_____     CASE NO. __W-14-CR-189_____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: __DAVID AGUILAR (5)_____     DOB: ___██████████___

CITIZENSHIP:          United States __X____     Mexican _____     Other _____
INTERPRETER NEEDED:     Yes _____     No __X____     Language _____

DEFENSE ATTORNEY: _____Phil Martinez_____

DEFENDANT IS:     In Jail __YES_____     WHERE: ____McLennan County Jail_____
               On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                 SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                        Special Assessment and TSR
                        Mandatory Minimum

REMARKS: ██████████████████████████

SEALED _____
UNSEALED  X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___     MAG CT. #_____     CASE NO. ___W-14-CR-189____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___ROBERT MORGAN aka "Hopper" (6)___     DOB: _____

CITIZENSHIP:          United States __X____   Mexican _____   Other _____

INTERPRETER NEEDED:   Yes _____   No __X____   Language _____

DEFENSE ATTORNEY: _____John Richard Donahue_____

DEFENDANT IS:   In Jail ____YES_____   WHERE: _____McLennan County Jail_____

                On Bond _____

PROSECUTION BY:       INFORMATION _____   INDICTMENT _____

                     SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] – Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance; COUNT SIX: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon _____

OFFENSE IS:       FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT SIX: Not more than 10 years custody; $250,000 fine; $100 special assessment; not more than 3 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ████████████████████████

SEALED _____
UNSEALED __X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014___     MAG CT. #_____     CASE NO. __W-14-CR-189_____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT: __WAYNE MARTIN HUISINGER (7)_____     DOB: ██████████

CITIZENSHIP:     United States __X_____  Mexican _____     Other _____
INTERPRETER NEEDED:  Yes _____   No __X__     Language _____

DEFENSE ATTORNEY: _____ John Paul Galligan _____

DEFENDANT IS:   In Jail __YES_____   WHERE: ____McLennan County Jail_____
                On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                   SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ████████████████████████████

SEALED _____
UNSEALED  X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE:  __11-10-2014__   MAG CT. #_____   CASE NO. __W-14-CR-189__
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT: __LOREN SWANSON (8)__   DOB: ███████

CITIZENSHIP:  United States __X__  Mexican ____  Other _____
INTERPRETER NEEDED:  Yes _____  No __X__  Language _____

DEFENSE ATTORNEY: _____ Gregory Keith Simmons _____

DEFENDANT IS:  In Jail __YES__  WHERE:  McLennan County Jail _____
              On Bond _____

PROSECUTION BY:  INFORMATION _____  INDICTMENT _____
                 SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –__ Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS:  FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE:  Not less than 5 years nor more than 40 years custody;__ $5,000,000 fine; $100 special assessment; at least 4 years TSR _____

PENALTY IS MANDATORY:  YES concerning:
                       Special Assessment and TSR
                       Mandatory Minimum

REMARKS: ████████████████

SEALED _____
UNSEALED  X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:  __11-10-2014__     MAG CT. #_____     CASE NO.  __W-14-CR-189__
COUNTY:  __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT:  __OSCAR WALKER aka "Country" (9)__     DOB: ▉▉▉▉▉▉

CITIZENSHIP:        United States __X__    Mexican _____    Other _____
INTERPRETER NEEDED:   Yes _____    No __X__    Language _____

DEFENSE ATTORNEY:  _____ Dick Kettler _____

DEFENDANT IS:   In Jail __YES__     WHERE:  __McLennan County Jail__
                On Bond _____

PROSECUTION BY:      INFORMATION _____     INDICTMENT _____
                    SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):  __COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] –
Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance__

OFFENSE IS:      FELONY ____X____     MISDEMEANOR _____

MAXIMUM SENTENCE:  __COUNT ONE:  Not less than 10 years nor more than life custody; $10,000,000
fine; $100 special assessment; at least 5 years TSR__

PENALTY IS MANDATORY:        YES concerning:
                             Special Assessment and TSR
                             Mandatory Minimum

REMARKS:  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

SEALED _____
UNSEALED __X____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014__     MAG CT. #_____     CASE NO. ___W-14-CR-189____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: __ERIC GANOS (10)_____     DOB: ▇▇▇▇▇▇▇▇

CITIZENSHIP:     United States __X__  Mexican _____     Other _____
INTERPRETER NEEDED:     Yes _____     No __X__     Language _____

DEFENSE ATTORNEY: _____Hollis Clinton Lewis, Jr._____

DEFENDANT IS:     In Jail ___YES_____     WHERE: _____McLennan County Jail_____
                  On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                    SUPERSEDING INDICTMENT __X_ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] – Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

SEALED _____
UNSEALED  X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE:    11-10-2014        MAG CT. #_____        CASE NO.   W-14-CR-189
COUNTY:    BELL and elsewhere

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER

DEFENDANT:    DERRICK COOPER aka "Red" (11)        DOB: ████████

CITIZENSHIP:        United States   X        Mexican _____        Other _____
INTERPRETER NEEDED:    Yes _____        No    X        Language _____

DEFENSE ATTORNEY: _____ Steven Kendall Striegler

DEFENDANT IS:    In Jail     YES        WHERE:        McLennan County Jail
                 On Bond _____

PROSECUTION BY:        INFORMATION _____        INDICTMENT _____
                       SUPERSEDING INDICTMENT    X   (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):    COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance

OFFENSE IS:        FELONY _____ X _____        MISDEMEANOR _____

MAXIMUM  SENTENCE:    COUNT ONE:  Not less than 5 years nor more than 40 years custody;
$10,000,000 fine; $100 special assessment; at least 5 years TSR

PENALTY IS MANDATORY:        YES concerning:
                             Special Assessment and TSR
                             Mandatory Minimum

REMARKS:  ████████████████████

SEALED _____
UNSEALED  X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:  __11-10-2014__    MAG CT. #_____    CASE NO.  __W-14-CR-189____

COUNTY:  __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER____

DEFENDANT:  __THOMAS CLIFTON (12)_____    DOB: _____

CITIZENSHIP:        United States __X____    Mexican _____    Other _____

INTERPRETER NEEDED:    Yes _____    No __X____    Language _____

DEFENSE ATTORNEY:  _____Turner Ford Gassaway_____

DEFENDANT IS:    In Jail ___YES_____    WHERE: _____McLennan County Jail_____

                 On Bond _____

PROSECUTION BY:    INFORMATION _____    INDICTMENT _____

                  SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):  __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] – Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:    FELONY _____X_____    MISDEMEANOR _____

MAXIMUM SENTENCE:  __COUNT ONE:  Not more than 20 years custody; $1,000,000 fine; $100 special assessment; at least 3 years TSR_____

PENALTY IS MANDATORY:    YES concerning:
                          Special Assessment and TSR

REMARKS: ██████████████████████

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___   MAG CT. #_____   CASE NO. ___W-14-CR-189___

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___KIRT EASTER (13)_____   DOB: ███████

CITIZENSHIP:   United States ___X_____   Mexican _____   Other _____

INTERPRETER NEEDED:   Yes _____   No ___X___   Language _____

DEFENSE ATTORNEY: _____DAN N. MacLEMORE, IV_____

DEFENDANT IS:   In Jail _____   WHERE: _____

On Bond ___YES___

PROSECUTION BY:   INFORMATION _____   INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:   FELONY _____X_____   MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:   YES concerning:

Special Assessment and TSR

Mandatory Minimum

REMARKS: ███████████████

SEALED _____
UNSEALED  X

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___    MAG CT. #_____    CASE NO. __W-14-CR-189___

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: __COLBY WARREN (14)_____    DOB: █████████

CITIZENSHIP:    United States __X__    Mexican _____    Other _____

INTERPRETER NEEDED:    Yes _____    No __X__    Language _____

DEFENSE ATTORNEY: _____Russell D. Hunt, Sr._____

DEFENDANT IS:    In Jail ____YES____    WHERE: ____McLennan County Jail_____
                 On Bond _____

PROSECUTION BY:    INFORMATION _____    INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance__

OFFENSE IS:    FELONY _____X_____    MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR__

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS: ███████████████████

SEALED _____
UNSEALED  X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:  __11-10-2014__     MAG CT. #_____     CASE NO.  __W-14-CR-189____
COUNTY:  __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT:  __NICOLE MARSHALL (15)_____          DOB: ███████████

CITIZENSHIP:          United States __X____  Mexican _____   Other _____
INTERPRETER NEEDED:   Yes _____      No __X__   Language _____

DEFENSE ATTORNEY:  _____Anthony L. Smith_____

DEFENDANT IS:   In Jail ____YES_____   WHERE: ____McLennan County Jail_____
                On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                    SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):  __COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____          MISDEMEANOR _____

MAXIMUM SENTENCE:  __COUNT ONE:  Not less than 5 years nor more than 40 years custody;
$5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ████████████████████████

SEALED _____
UNSEALED __X_____

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___     MAG CT. #_____     CASE NO. ___W-14-CR-189_____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT: ___CHRISTOPHER BRECKENRIDGE (16)___     DOB: ███████████

CITIZENSHIP:          United States ___X_____   Mexican _____     Other _____

INTERPRETER NEEDED:   Yes _____      No ___X___     Language _____

DEFENSE ATTORNEY: _____ Richard Guzman _____

DEFENDANT IS:   In Jail ____YES_____      WHERE: _____ McLennan County Jail _____

              On Bond _____

PROSECUTION BY:      INFORMATION _____      INDICTMENT _____

              SUPERSEDING INDICTMENT ___X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS:      FELONY _____X_____      MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 5 years nor more 40 years custody; $5,000,000
fine; $100 special assessment; at least 4 years TSR _____

PENALTY IS MANDATORY:      YES concerning:
                           Special Assessment and TSR
                           Mandatory Minimum

REMARKS: ████████████████████████████

SEALED _____
UNSEALED  X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___    MAG CT. #_____    CASE NO. __W-14-CR-189_____
COUNTY: ___BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___JOHN McLAUGHLIN (17)_____    DOB: _____

CITIZENSHIP:        United States __X___    Mexican _____    Other _____
INTERPRETER NEEDED:   Yes _____    No ___X___    Language _____

DEFENSE ATTORNEY: _____C. Kevin Keathley_____

DEFENDANT IS:   In Jail ____YES_____    WHERE: ____McLennan County Jail_____
                On Bond _____

PROSECUTION BY:     INFORMATION _____    INDICTMENT _____
                   SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS:     FELONY _____X_____    MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 5 years nor more than 40 years custody;
$5,000,000 fine; $100 special assessment; at least 4 years TSR _____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ████████████████████████████

SEALED _____
UNSEALED  X

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:   11-10-2014          MAG CT. #_____          CASE NO.   W-14-CR-189

COUNTY:   BELL and elsewhere

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER

DEFENDANT:   JOSHUA WILKINS aka "Cheeks" (18)          DOB: ███████████

CITIZENSHIP:          United States   X      Mexican _____          Other _____

INTERPRETER NEEDED:   Yes _____      No   X      Language _____

DEFENSE ATTORNEY: _____ Jonathan P. Sibley

DEFENDANT IS:   In Jail _____ YES _____      WHERE:   McLennan County Jail

On Bond _____

PROSECUTION BY:          INFORMATION _____          INDICTMENT _____

SUPERSEDING INDICTMENT   X   (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):   COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance

OFFENSE IS:          FELONY _____ X _____          MISDEMEANOR _____

MAXIMUM SENTENCE:   COUNT ONE:  Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR

PENALTY IS MANDATORY:          YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ███████████████████████

SEALED ____X____

UNSEALED_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014___ MAG CT. #_____ CASE NO. __W-14-CR-189_____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___LUCAS WEST (19)_____ DOB: _____

CITIZENSHIP: United States ___X_____ Mexican _____ Other _____

INTERPRETER NEEDED: Yes _____ No ___X___ Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS: In Jail _____NO_____ WHERE: _____

On Bond ___NO_____

PROSECUTION BY: INFORMATION _____ INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance

OFFENSE IS: FELONY _____X_____ MISDEMEANOR _____

MAXIMUM SENTENCE: __Not less than 5 years nor more than 40 yearsa custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR

PENALTY IS MANDATORY: YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: <span style="background:black">████████████████</span>

SEALED _____
UNSEALED  X

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:  __11-10-2014__          MAG CT. #_____          CASE NO.  __W-14-CR-189__

COUNTY:  __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT:  __ROBERT BLAKE DOTY (20)__          DOB: ___██████___

CITIZENSHIP:          United States __X__     Mexican _____     Other _____

INTERPRETER NEEDED:     Yes _____     No _X__     Language _____

DEFENSE ATTORNEY: _____ Lewis C. Giles _____

DEFENDANT IS:     In Jail __YES__     WHERE: __McLennan County Jail__

                  On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____

                  SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] – Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance__

OFFENSE IS:     FELONY __X__          MISDEMEANOR _____

MAXIMUM SENTENCE:  __COUNT ONE:  Not more than 20 years custody; $1,000,000 fine; $100 special assessment; at least 3 years TSR__

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR

REMARKS: ██████████████████████████

SEALED _____
UNSEALED  X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:  __11-10-2014__        MAG CT. #_____        CASE NO.  __W-14-CR-189_____
COUNTY:  __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT:  ___JAMES MALADY (21)_____        DOB: ███████████

CITIZENSHIP:          United States ___X_____  Mexican _____    Other _____
INTERPRETER NEEDED:   Yes _____    No __X__    Language _____

DEFENSE ATTORNEY:  _____Stanley L. Schwieger_____

DEFENDANT IS:    In Jail ___YES_____    WHERE: __McLennan County Jail_____
                 On Bond _____

PROSECUTION BY:      INFORMATION _____    INDICTMENT _____
                     SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):  __COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] –
Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of
Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS:       FELONY _____X_____        MISDEMEANOR _____

MAXIMUM SENTENCE:  __COUNT ONE:  Not more than 20 years custody; $1,000,000 fine; $100 special
assessment; at least 3 years TSR _____

PENALTY IS MANDATORY:      YES concerning:
                           Special Assessment and TSR

REMARKS: ████████████████████████████

SEALED _____
UNSEALED  X  

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE:  11-10-2014      MAG CT. #_____      CASE NO.  W-14-CR-189  
COUNTY:  BELL and elsewhere  

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER  

DEFENDANT:  SONYA WHITENBURG (22)              DOB: ███████

CITIZENSHIP:          United States  X     Mexican ____      Other _____
INTERPRETER NEEDED:    Yes _____      No  X      Language _____

DEFENSE ATTORNEY:  _____ Denton Bryan Lessman  

DEFENDANT IS:    In Jail  YES      WHERE:  McLennan County Jail  
                 On Bond _____

PROSECUTION BY:    INFORMATION _____      INDICTMENT _____
                   SUPERSEDING INDICTMENT  X  (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):  COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance  

OFFENSE IS:    FELONY  X        MISDEMEANOR _____

MAXIMUM SENTENCE:  COUNT ONE:  Not less than 5 years nor more 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR  

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS: ████████████████████████████

SEALED _____
UNSEALED __X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___    MAG CT. #_____    CASE NO. ___W-14-CR-189_____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___FARRON RUSSELL (23)_____    DOB: ___███████_____

CITIZENSHIP:    United States __X_____    Mexican _____    Other _____
INTERPRETER NEEDED:    Yes _____    No __X_____    Language _____

DEFENSE ATTORNEY: _____James W. Hewitt, Jr._____

DEFENDANT IS:    In Jail _____    WHERE: _____
                 On Bond ___YES_____

PROSECUTION BY:    INFORMATION _____    INDICTMENT _____
                   SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] –
Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of
Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:    FELONY _____X_____    MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not more than 20 years custody; $1,000,000 fine; $100 special
assessment; at least 3 years TSR_____

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR

REMARKS: ███████████████████

SEALED _____
UNSEALED __X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___ MAG CT. #_____ CASE NO. ___W-14-CR-189_____

COUNTY: ___BELL and elsewhere___

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER _____

DEFENDANT: ___WILLIAM HUBERT BRACKETT aka "Billy" (24)___ DOB: ██████████

CITIZENSHIP: United States __X_____ Mexican _____ Other _____

INTERPRETER NEEDED: Yes _____ No __X__ Language _____

DEFENSE ATTORNEY: _____ John McLeod _____

DEFENDANT IS: In Jail _____YES_____ WHERE: _____McLennan County Jail_____
On Bond _____

PROSECUTION BY: INFORMATION _____ INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS: FELONY _____X_____ MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 5 years nor more than 40 years custody;
$5,000,000 fine; $100 special assessment; at least 4 years TSR _____

PENALTY IS MANDATORY: YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ██████████████████████████

SEALED _____
UNSEALED___X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:   __11-10-2014___        MAG CT. #_____        CASE NO.   __W-14-CR-189_____
COUNTY:   __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT:   __LARRY WAYNE JEREMIAH (25)_____        DOB: _▓▓▓▓▓▓▓_____

CITIZENSHIP:        United States ___X_____   Mexican _____   Other _____
INTERPRETER NEEDED:   Yes _____     No ___X_____   Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:      In Jail _____YES_____      WHERE: ___McLennan County Jail_____
                   On Bond _____

PROSECUTION BY:        INFORMATION _____        INDICTMENT _____
                       SUPERSEDING INDICTMENT ___X__   (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):   __COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] –
Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of
Methamphetamine, a Schedule II Controlled Substance _____

OFFENSE IS:       FELONY _____X_____        MISDEMEANOR _____

MAXIMUM SENTENCE:   __COUNT ONE:  Not more than 20 years custody; $1,000,000 fine; $100 special
assessment; at least 3 years TSR _____

_____

PENALTY IS MANDATORY:        YES concerning:
                             Special Assessment and TSR

REMARKS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SEALED _____
UNSEALED__X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014___     MAG CT. #_____     CASE NO. __W-14-CR-189_____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___VICKI KAY LEVY (26)_____     DOB: ███████████

CITIZENSHIP:         United States __X_____     Mexican_____     Other _____
INTERPRETER NEEDED:     Yes _____     No __X___     Language _____

DEFENSE ATTORNEY: _____Bradford J. Glendening_____

DEFENDANT IS:     In Jail ___YES_____     WHERE: _____McLennan County Jail_____
                  On Bond _____

PROSECUTION BY:      INFORMATION _____     INDICTMENT _____
                     SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] –
Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of
Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:      FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not more than 20 years custody; $1,000,000 fine; $100 special
assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR

REMARKS: ███████████████████████████████

SEALED _____
UNSEALED__X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014__ MAG CT. #_____ CASE NO. __W-14-CR-189____

COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: __RONNIE KNEPLER (27)_____ DOB: __██████████__

CITIZENSHIP: United States __X_____ Mexican _____ Other _____

INTERPRETER NEEDED: Yes _____ No __X___ Language _____

DEFENSE ATTORNEY: _____Robert Stem, Jr._____

DEFENDANT IS: In Jail ___YES_____ WHERE: ____McLennan County Jail_____

On Bond _____

PROSECUTION BY: INFORMATION _____ INDICTMENT _____

SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] – Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS: FELONY _____X_____ MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY: YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ██████████████████████████

SEALED _____
UNSEALED __X_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

DATE: __11-10-2014___ MAG CT. #_____ CASE NO. __W-14-CR-189_____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: __JERAMIAH JONES (28)_____ DOB: ████████████

CITIZENSHIP: United States __X_____ Mexican _____ Other _____
INTERPRETER NEEDED: Yes _____ No __X__ Language _____

DEFENSE ATTORNEY: _____ John Hurley _____

DEFENDANT IS: In Jail ____YES_____ WHERE: ___McLennan County Jail_____
On Bond _____

PROSECUTION BY: INFORMATION _____ INDICTMENT _____
SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] – Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS: FELONY _____X_____ MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE:  Not more than 20 years custody; $1,000,000 fine; $100 special assessment; at least 3 years TSR_____

PENALTY IS MANDATORY: YES concerning:
Special Assessment and TSR

REMARKS: ████████████████████████████████

SEALED _____
UNSEALED__X____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __11-10-2014___     MAG CT. #_____     CASE NO. __W-14-CR-189_____
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: __RICKY LEVY (29)_____     DOB: _____████████__

CITIZENSHIP:     United States __X____     Mexican _____     Other _____
INTERPRETER NEEDED:     Yes _____     No __X___     Language _____

DEFENSE ATTORNEY: _____Ginese Simmons-Gilbert_____

DEFENDANT IS:     In Jail ____YES_____     WHERE: ____McLennan County Jail_____
               On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
               SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): __COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] = Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __COUNT ONE: Not more than 20 years custody; $1,000,000 fine; $100 special assessment; at least 3 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                       Special Assessment and TSR

REMARKS: ████████████████████████

SEALED _____
UNSEALED  x

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE:  11-10-2014          MAG CT. #_____          CASE NO.  W-14-CR-189
COUNTY:  BELL and elsewhere

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY          STEPHANIE SMITH-BURRIS and MARK L. FRAZIER

DEFENDANT:  MICHELLE JOHNSON (30)          DOB: _____

CITIZENSHIP:          United States  X          Mexican ____          Other _____
INTERPRETER NEEDED:     Yes _____          No  X          Language _____

DEFENSE ATTORNEY:          Jack F. Holmes

DEFENDANT IS:     In Jail  YES          WHERE:  McLennan County Jail
          On Bond _____

PROSECUTION BY:          INFORMATION _____          INDICTMENT _____
          SUPERSEDING INDICTMENT  X  (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description):  COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(C)] –
Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of
Methamphetamine, a Schedule II Controlled Substance

OFFENSE IS:          FELONY  X          MISDEMEANOR _____

MAXIMUM SENTENCE:  COUNT ONE:  Not more than 20 years custody; $1,000,000 fine; $100 special
assessment; at least 3 years TSR

PENALTY IS MANDATORY:          YES concerning:
          Special Assessment and TSR

REMARKS: ████████████████████████

SEALED _____
UNSEALED\_\_X\_\_\_\_\_

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: \_\_11-10-2014\_\_\_\_    MAG CT. #_____    CASE NO. \_\_W-14-CR-189_____
COUNTY: \_\_BELL and elsewhere\_\_

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: \_\_\_ROBERT HELMS (31)_____    DOB: ██████████

CITIZENSHIP:        United States \_\_X\_\_\_\_    Mexican \_\_\_\_\_    Other _____
INTERPRETER NEEDED:    Yes _____    No \_\_X\_\_    Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:    In Jail \_\_\_YES_____    WHERE: \_McLennan County Jail (other federal charges)
                 On Bond _____

PROSECUTION BY:        INFORMATION _____    INDICTMENT _____
                       SUPERSEDING INDICTMENT \_\_X\_\_ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): \_\_COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:    FELONY _____X_____    MISDEMEANOR _____

MAXIMUM SENTENCE: \_\_\_COUNT ONE: Not less than 5 years nor more than 40 years custody;
$5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:        YES concerning:
                             Special Assessment and TSR
                             Mandatory Minimum

REMARKS: ████████████████████████████

SEALED _____X___
UNSEALED___ _____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___     MAG CT. #_____     CASE NO. ___W-14-CR-189___

COUNTY: ___BELL and elsewhere___

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___RONNIE JOHNSON (32)_____     DOB: ████████████

CITIZENSHIP:     United States __X___     Mexican _____     Other _____

INTERPRETER NEEDED:     Yes _____     No __X___     Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:     In Jail ____NO_____     WHERE: _____

On Bond _____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____

SUPERSEDING INDICTMENT __X_  (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE:  21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] –
Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE:  Not less than 10 years nor more than life custody; $10,000,000
fine; $100 special assessment; at least 5 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ████████████████████████████

SEALED ___X___
UNSEALED_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___     MAG CT. #_____     CASE NO. ___W-14-CR-189___
COUNTY: __BELL and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER_____

DEFENDANT: ___CHRIS VOERHIS aka "Lurch (33)_____     DOB: ███████████

CITIZENSHIP:     United States ___X___     Mexican _____     Other _____
INTERPRETER NEEDED:     Yes _____     No ___X___     Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:     In Jail ___NO_____     WHERE: _____
                  On Bond ___NO_____

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____
                    SUPERSEDING INDICTMENT __X__ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)] –
Conspiracy to Possess With Intent to Distribute at Least 50 Grams of a Mixture and Substance Containing a
Detectable Amount of Methamphetamine, a Schedule II Controlled Substance_____

OFFENSE IS:     FELONY _____X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 5 years nor more than 40 years custody;
$5,000,000 fine; $100 special assessment; at least 4 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ████████████████████████

SEALED ___X___
UNSEALED_____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: ___11-10-2014___     MAG CT. # _____     CASE NO. ___W-14-CR-189___

COUNTY: ___BELL and elsewhere___

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS and MARK L. FRAZIER___

DEFENDANT: ___JOSE RODRIGUEZ (34)_____     DOB: ███████████

CITIZENSHIP:     United States ___X___     Mexican _____     Other _____

INTERPRETER NEEDED:     Yes _____     No ___X___     Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:     In Jail ___NO___     WHERE: _____

On Bond ___NO___

PROSECUTION BY:     INFORMATION _____     INDICTMENT _____

SUPERSEDING INDICTMENT ___X___ (Adding Defs 31-34, Cts 2-6)

OFFENSE: (Code & Description): ___COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)] – Conspiracy to Possess With Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance___

OFFENSE IS:     FELONY ___X___     MISDEMEANOR _____

MAXIMUM SENTENCE: ___COUNT ONE: Not less than 10 years nor more than life custody; $10,000,000 fine; $100 special assessment; at least 5 years TSR___

PENALTY IS MANDATORY:     YES concerning:
Special Assessment and TSR
Mandatory Minimum

REMARKS: ███████████████████████████