# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § § | NO: WA:14-CR-00189(26)-WSS |
| (26) VICKI KAY LEVY | § | |

PROCEEDINGS: DETENTION HEARING

## WITNESSES SWORN

| Government(s) | | Defendant(s) |
|---|---|---|
| 1. JOSH MOORE | 1. | |
| 2. | 2. | |
| 3. | 3. | |
| 4. | 4. | |
| 5. | 5. | |
| 6. | 6. | |
| 7. | 7. | |
| 8. | 8. | |
| 9. | 9. | |
| 10. | 10. | |