Case No: 6:14cr189
PO: [WLM]
AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

Case 6:14-cr-00189-WSS   Document 1081   Filed 07/15/15   Page 1 of 1

Filed: 07/13/15
Doc. #1071

CLERK'S COPY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICKI KAY LEVY,

Defendant.

Case Number   W:14-CR-189(26)
USM Number   42824-380

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, VICKI KAY LEVY, was represented by Bradford J. Glendening.

On motion of the United States, the Court has dismissed Count One (1).

The defendant pled guilty to Count 1S of the Superseding Indictment on December 18, 2014. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 846 {21 USC 841(a)(1) and 841(b)(1)(C)} | Conspiracy to Possess With Intent to Distribute a Mixture and Substance Containing A Detectable Amount of Methamphetamine, a Schedule II Controlled Substance | 11/1/2013 | 1S |

As pronounced on July 8, 2015, the defendant is sentenced as provided in Pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 13th day of July, 2015.

WALTER S. SMITH JR.
UNITED STATES DISTRICT JUDGE